SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division – Felony Branch

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 2024 CSPSLD 000129 |
| | : Case No. 2022 CF1 4291 |
| v. | : Judge Michael O'Keefe |
| | : Trial: August 19, 2024 |
| KY'LEE PALMER | : |

### ORDER

Upon the motion of the defendant, it is hereby **ORDERED** that the *Ex Parte* Motion for the issuance of a subpoena duces tecum for the production of Mr. Jarvis Burl's mental health records and disciplinary from the Bureau of Prisons shall be kept **UNDER SEAL**.

_____
Hon. Michael O'Keefe
Superior Court of the District of Columbia

Date: __June 10__, 2024

**Please deliver the records via email to JudgeOKeefeChambers@dcsc.gov no later than June 17, 2024***

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Criminal Division – Felony Branch**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 2024 CSPSLD 000129 |
| : | Case No. 2022 CF1 4291 |
| v. : | Judge Michael O'Keefe |
| : | Trial: August 19, 2024 |
| : | |
| **KY'LEE PALMER** : | |

This matter having come before the Court on an Ex Parte Motion for Issuance of Subpoena *Duces Tecum* for the production of Mr. Jarvis Burl's mental health records and disciplinary records in the possession of the Bureau of Prisons, it is this **10th** day of **June**, 2024,

**HEREBY ORDERED** that the motion is granted and that parties shall comply with the attached subpoena.

_____
The Honorable Michael O'Keefe
Superior Court for the District of Columbia

**Please deliver the records via email to JudgeOKeefeChambers@dcsc.gov no later than June 17, 2024***

**Superior Court of the District of Columbia**
CRIMINAL DIVISION
SUBPOENA

UNITED STATES
DISTRICT OF COLUMBIA

Case No. 2024 CSPSLD 000129
Case No. __2022 CF1 4291__

vs.

Ky'Lee Palmer

To: Bureau of Prisons - C/O Renee Fornshill
320 1st st. NW, Washington D.C. 20534

YOU ARE HEREBY COMMANDED:
To appear before the Criminal Division Room/Courtroom __231__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the __2nd__ day of __August__, 20__24__, at __0930__ a.m./p.m. as a witness for __the Defense.__

☒ and bring with you __or send in lieu of appearance - the disciplinary file and mental health records for inmate Jarvis Burl - BOP ID 99000-007.__

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this ____ day of _____, 20____.

Officer in Charge          District
David Akulian
Attorney for Government/Defendant

Phone No. __202-505-2113__

10 G St. NE, Suite 600
Washington, D.C. 20002

Clerk, Superior Court
of the District of Columbia

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.   __June 10, 2024__   MoV
                                                                                 Date                     Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| **REMARKS** | Signature of Title of Server |

White   Canary   Pink

Form CD-107 2nd August 2015

---

**Please deliver the records via email to JudgeOKeefeChambers@dcsc.gov no later than June 17, 2024**

Chambers Phone Number: 202-879-4883